GATES *v.* MEREDITH.

GROVES
v.
SEELEY.

APPEAL from the *Decatur* Circuit Court.

*Per Curiam.*—Suit by *Meredith* against *Gates* for slander. Proper issues being made, the case was submitted to a jury, who found for the plaintiff; and the Court rendered a judgment on the verdict.

*Saturday May 29.*

The record contains no bill of exceptions, nor does it appear that any exception, in any form, was taken to the rulings of the Circuit Court. There was no motion for a new trial, or in arrest. The judgment must, therefore, be affirmed.

The judgment is affirmed, with 5 per cent. damages and .costs.

*A. G. Deavitt* for the appellant.

*J. S. Scobey* and *W. Cumback*, for the appellee.